U.S. District Court,
District of Columbia,
Washington D.C.

Civil Docket for case

George Grigsby —
W. Lawrence
1039 W. Lawrence
Chicago Ill 60640

Case: 1:07-cv-01582
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/6/2007
Description: Habeas Corpus/2255

George Grigsby
Plaintiff

Judge Mary Thomas

Me True OK Suit
Habeas Corpus.

Return This case Back to the District it came from. Civil Action No. 07-158.

Mr. George Grigsby asked The court to be Transferred his case Back to The District of Columbia.

1

Mr. George Grigsby is under Three good marshall Law Rou ned seal people and The Court in Chicago cannot hear his Because his Judge Earl Strayhorn is Not There any more? and Mr. George Grigsby" Would like For The Court To call The city clerk office For his Trust office and The year 1854"! also The George Grigsby would like To come To A hospital in Washington D.C. with Federal Aid and provision"! From his Trust!!   George Grigsby JR,
1038 W Lawrence
Chicago Ill 60640

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE GRIGSBY,<br><br>   Petitioner,<br><br>  v.<br><br>MARY THOMAS<br>Judge, Circuit Court of Cook<br>County, Illinois,<br><br>   Respondent. | Civil Action No. 07-158 (EGS) |

### ORDER

On April 30, 2007, petitioner George Grigsby was ordered to show cause by May 31, 2007 why the above-captioned case should not be transferred and was advised that the failure to respond would result in transfer of the case.

Plaintiff has failed to respond to the Order to Show Cause as of the date indicated below. Accordingly, it is hereby

**ORDERED** that this case is transferred to the United States District Court for the Northern District of Illinois.

**SO ORDERED.**

Signed: Emmet G. Sullivan
    United States District Judge
    June 4, 2007

07 1582

**FILED**

SEP - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO;JUVENILE JUSTICE DIVISION
CLERK OF THE CIRCUIT COURT OF COOK COUNTY
1100SOUTH HAMILTON ROOM 13
CHICAGO ILL 60612

FROM;MR GEOGRE GRIGSBY
1039 W LAWRENCE
CHICAGO ILL 60640

I'D WOULD LIKE TO REQUEST A COPY OF THE MASTER FILE OF MR GEORGE GRIGSBY THAT LIVED AT 627 N LAWNADLE AND1114 S 2AND AVE MAYWOOD ILLINOIS;ALL IMFORMATION IS ASKED FOR UNDER THE FREEDOM OF IMFORMATION ACT OF THE STATE OF ILLINOIS;

WHAT I'D AM LOOKING FOR IS A CASE WHERE MR GEORGE GRIGSBY WAS ORDER TO A HEBASE CORPUS WHEN HE WAS 17 YEAR OLD WHEN HE WAS ARRESTED FOR HAVING A FEDERAL GUM CASE AND DID NOT GO TO COURT BECAUSE OF THIS REASON JUDGE EVAN;IS HOLDING HIS NAME OUT OF FEDERAL COURT BECAUSE OF THE CASE HIS GUARDIAN HAD IN THE CITY OF MAYWOOD;AND A LEAN WAS PUT OF HIS NAME SO THEY COULD LIVE IN HIS HOUSE AT 1114 S 2AND AVE;MAYWOOD ILL;THIS IS SOMETHING I'D THINK CHIEF JUSTICE SHOULD LOOED AT,AND SEND FOR THE CITY OF CHICAGO TRUST OFFICE AND THE YEAR 1959;AND JUDGE EARL STRAYHORN;THE 5YEAR PEROID IS OVER AND I'D THINK IT IS THE DUTY OF THE CLERK TO CONACT JUDGE EARL STRAYHORN AT 2600 S HALF CALIFORNIA OR COURT ROOM 101;ALSO MR GEORGE GRIGSBY IS RED SEAL PERSON UNDER THUR GOOD MARSHALL LAW THAT WAS EXTRADITE TO THIS STATE HE SHOULD HAVE ATTORNEY FORM HIS OWN MASTER FILE BECAUSE JUDGE STRAYHORN IS NOT HERE ANY MORE;AND THE 5 YEAR PEROID IS OVER FOR THE STATE OF ILLINOIS TO BE OUT OF THIS NAME;

BY GEORGE GRIGSBY;

TO: ILLINOIS DEPARTMENT OF HUMAN SERVICE

DEPARTMENT OF HUMAN SERVICES/
DIVISION OF REHABILITATION SERVICES
401 SOUTH CLINTON
CHICAGO, ILL 60604

NOVEMBER 16, 2005

GEORGE GRIGSBY
1039 W LAWRENCE AVE
CHICAGO, ILL 60640

NATURE OF GRIEVANCE;

NOT GETTING ENOUGH MONEY OR STAMP;
TO TAKE PARTED INTO A FEDERAL PROGRAM

MR GEORGE GRIGSBY IS A PART OF THE REHABILITATION PROGRAM
AT 6200 N HIAWATHA AVE; SUIT 300 CHICAGO ILL., 60646
HIS COUNSELOR IS PHILLIP MILLER: 773-794-4830-FAX 773-794-4800 AND
HE HAS TO PAY TO GO BACK & FORTH TO THIS PROGRAM AND ALL
OVER HE CITY OF CHICAGO.
SO HE MUST HAVE A FULL CHICAGO PUBLIC AID CASE OR GENERAL
ASSISTANCE CASE AND NOT A WRITTEN UP ONE. ALSO MR GEORGE GRIGSBY
CAME HERE FROM CHICAGO READ HOSPITAL WHERE HE WAS THERE AND
CHESTER FOR OVER 5 YEARS. FROM COURT I THINK IT IS THE DUTY OF THE
SOCIAL WORKER TO FIND THE COURT PAPER THAT COME WITH HIS CASE OR
SEND HIS CASE BACK TO THE 10 FLOOR; AT 2600 S CALIFORNIA. SAYING THAT MR
GEORGE GRIGSBY DID OVER 180 DAYS WITH OUT RECEIVING A CHECK;
OR THAT THE COURT DID NOT HAVE AND INDICTMENT. AND HUMAN SERVICE
CANNOT PROCESS HIS CASE UNTIL THAT COURT PAPER IS FOUND. BY BEING
PART OF THIS PROGRAM IT'S THE DUTY OF THIS TO HAVE HUMAN SERVICE
LOOKED INTO THIS MATTER, AS SOON AS POSSIBLE.

SINCERELY,

*[signature: George Grigsby]*

GEORGE GRIGSBY

George Grigsby
A-72471 :
1039 West Lawrence, Apt. 513
Chicago, IL 60640

1:07-cv-04387

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4387 | **DATE** | August 21, 2007 |
| **CASE TITLE** | U. S. ex rel. George Grigsby | | |

**DOCKET ENTRY TEXT:**

Petitioner has paid the filing fee. According to the docket, petitioner is no longer in Chester Mental Health Center, but resides at 1039 W. Lawrence, #513, Chicago, Il. 60640. This case is dismissed without prejudice as potentially moot. Plaintiff is given permission to file an amended complaint on or before 9/28/2007 if this case is not moot..

■[ For further details see text below.]

## STATEMENT

This case was originally filed in the District Court of the District of Columbia and then transferred to this court. Petitioner has paid the $5 filing fee. Since plaintiff has been released it appears that this petition for habeas relief is moot. Therefore, this case is dismissed without prejudice to the filing of any amended petition on or before 9/28/2007. Petitioner is instructed to file all papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, petitioner must send an exact copy of any filing to the Attorney General, in care of Chief, Criminal Appeals Division, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner. If no action is taken by 9/28/2007, this lawsuit may be dismissed with prejudice for failure to prosecute.

| | Courtroom Deputy Initials: | STE |
|---|---|---|

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE GRIGSBY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JUDGE MARY THOMAS, )<br>)<br>Respondent. )<br>) | Civil Action No. 07-158 (EGS) |

### ORDER

Pending before the Court is petitioner's *pro se* petition for writ of habeas corpus. Petitioner appears to challenge the decision of Judge Mary Maxwell Thomas of the Circuit Court of Cook County, Illinois to place him in a mental health institution without a grand jury indictment. Petitioner also appears to be challenging the fact that his confinement based on his insanity plea has exceeded five years without a grand jury indictment. Finally, petitioner asks the Court to transfer him to a hospital in Washington, D.C.

The proper respondent in habeas corpus cases challenging present physical confinement is petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 542 U.S. 426, 438-39 (2004). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *See Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004); *see*

*also McLaren v. United States*, 2 F. Supp. 2d 48, 50 (D.D.C. 1998) (noting that habeas petition pursuant to 28 U.S.C. § 2254 should be brought in district in which prisoners are incarcerated). The custodian in this case if petitioner is in fact in state custody is the head of the mental health center in Illinois where petitioner is being held. From all indications, the head of Chester Mental Health Center is not within this Court's territorial jurisdiction and the Court therefore appears to lack jurisdiction to entertain the petition.

In *Chatman-Bey v. Thorburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988), the D.C. Circuit held that the district court may *sua sponte* transfer such cases to the appropriate jurisdiction after the habeas petitioner has been afforded notice and an opportunity to respond. Accordingly, it is hereby

**ORDERED** that petitioner shall show cause by **May 31, 2007** why this case should not be transferred to the United States District Court for the Northern District of Illinois; and it is

**FURTHER ORDERED** that petitioner's failure to respond to this Order will result in transfer of the case.

**Signed:**   **Emmet G. Sullivan**
**United States District Judge**
**April 30, 2007**

2

07-1582
EGS

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| George Grigsby | Mary Thomas |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| Cook County | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE |

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
George Grigsby 312-254-4127
637 W. Cermak
Chicago, IL 60616

Case: 1:07-cv-01582
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/6/2007
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☒ G. Habeas Corpus/ 2255 | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 US 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** ___   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 9-6-07   SIGNATURE OF ATTORNEY OF RECORD _George Gousse_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.