UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
GEORGE GRIGSBY,                )
                               )
        Petitioner,            )
                               )
    v.                         )   Civil Action No. 07-1582 (EGS)
                               )
MARY THOMAS                    )
Judge, Circuit Court of Cook   )
County, Illinois,              )
                               )
        Respondent.            )
_____)
```

**ORDER**

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            September 14, 2007**